

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00371-CV

| | | |
|---|---|---|
| In the Matter of L.W. | § | From County Court at Law No. 2 |
| | § | of Wichita County (38890-L) |
| | § | January 15, 2015 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there is error in the trial court's order. It is ordered that the order of the trial court is reversed, and we render a judgment denying the State's application for forced administration of psychoactive medication.

SECOND DISTRICT COURT OF APPEALS

By /s/ Terrie Livingston
Chief Justice Terrie Livingston